THE HEALTH LAW PARTNERS, P.C. - 32000 NORTHWESTERN HWY., STE. 240 – FARMINGTON HILLS, MI 48334 - (248) 996-8510

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**TRACY CLARE MICKS-HARM,**
(and other related Plaintiffs)

Plaintiff,

vs.

**WILLIAM PAUL NICHOLS ET AL.,**

Defendants.

Lead Case No. 18-12634

Hon. Denise Page Hood
Magistrate R. Steven Whalen

Consolidated with Case Nos.
18-13206, 18-13639, 18-13647
19-10125, 19-10126, 19-10132
19-10135, 19-10299, 19-10648
19-10785, 19-10639, 19-10661
19-10649

_______________________________________/

**DEFENDANT IPATIENTCARE INC.'S CONCURRENCE WITH ALL OTHER ARGUMENTS IN SUPPORT OF MOTIONS TO DISMISS FILED BY OTHER DEFENDANTS**

NOW COMES Defendant, IPATIENTCARE INC. ("**IPC**"), by and through its legal counsel, Robert S. Iwrey Esq. and James R. Witham Esq., of THE HEALTH LAW PARTNERS, P.C., and states as follows:

In order to reduce duplicative briefings, to the extent applicable and not inconsistent with any argument made by IPC, IPC adopts and incorporates by reference

THE HEALTH LAW PARTNERS, P.C. - 32000 NORTHWESTERN HWY., STE. 240 – FARMINGTON HILLS, MI 48334 - (248) 996-8510

all arguments raised by other Defendants in this case in support of the dismissal of all Plaintiffs' Complaints.

For the foregoing reasons, IPC respectfully requests that this Court grant IPC's Motion to Dismiss, dismiss (current and future related) Plaintiffs' claims against IPC with prejudice, and award costs and fees incurred by IPC as a result of these frivolous actions.

Dated: April 4, 2019

Respectfully submitted,

THE HEALTH LAW PARTNERS, P.C.

By: /s/ James R. Witham

Robert S. Iwrey (P48688)
James R. Witham (P79270)
*Attorneys for Defendant iPatientCare Inc.*
32000 Northwestern Highway, Suite 240
Farmington Hills, MI 48334
Tel: (248) 996-8510
Fax: (248) 996-8525
riwrey@thehlp.com
jwitham@thehlp.com

THE HEALTH LAW PARTNERS, P.C. - 32000 NORTHWESTERN HWY., STE. 240 – FARMINGTON HILLS, MI 48334 - (248) 996-8510

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will notify all counsel of record. I further certify that I have served the following foregoing paper via US mail on the following non-ECF participants:

Tracy Clare Micks-Harm
Plaintiff Pro Per
1840 Bayview Dr.
Monroe, MI 48161

Renay Blakesley
Plaintiff Pro Per
6298 Suder Ave.
Erie, MI 48133

Raymond Blakesley
Plaintiff Pro Per
6298 Suder Ave.
Erie, MI 48133
Tel: 734-347-3393

Debra A. Nichols
401 W. 4th St.
Monroe, MI 48161

Ines Helm
Plaintiff Pro Per
1666 N. Raisinville Rd.
Monroe, MI 48162

Dennis Helm
Plaintiff Pro Per
1666 N. Raisinville Rd.
Monroe, MI 48162

Eric Cook

Plaintiff Pro Per
920 Greenwood, Apt. E.
Monroe, MI 48162

Eric Cook
*for Jacob Cook*
920 Greenwood Apt E.
Monroe, MI 48162

Eric Cook
Plaintiff Pro Per
920 Greenwood, Apt. E.
Monroe, MI 48162

Janet Berry
Plaintiff Pro Per
800 West 7th Street
Apt. 807
Monroe, MI 48161

Tammy Clark, for
Richard Johnson
Plaintiff Pro Per
6154 Douglas Road
Toledo, OH 43613

Donna Knierim
Plaintiff Pro Per
12767 Helen
Southgate, MI 48195

Angela Mills
Plaintiff Pro Per
2697 Hasen Drive
Lamberville, MI 48144

The Health Law Partners, P.C. - 32000 Northwestern Hwy., Ste. 240 – Farmington Hills, MI 48334 - (248) 996-8510

/s/Sabina Cucu
Sabina Cucu
Executive Assistant
The Health Law Partners, P.C.
32000 Northwestern Highway, Suite 240
Farmington Hills, MI 48334
(248) 996-8510

4821-0324-5458, v. 1

THE HEALTH LAW PARTNERS, P.C. - 32000 NORTHWESTERN HWY., STE. 240 – FARMINGTON HILLS, MI 48334 - (248) 996-8510