UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **TRACY CLARE MICKS-HARM,** (and other related Plaintiffs) | Lead Case No. 18-12634 |
| | Hon. Denise Page Hood<br>Magistrate R. Steven Whalen |
| Plaintiff, | |
| vs. | |
| **WILLIAM PAUL NICHOLS ET AL.,** | **iPatient Care Inc.'s Motion to Dismiss all Newly Consolidated Cases in Lieu of Answering** |
| Defendants. | Consolidated with Case Nos.<br>18-13206, 18-13639, 18-13647,<br>19-10125, 19-10126, 19-10132<br>19-10135, 19-10299, 19-20648,<br>19-19785, 19-10639, 19-10661,<br>19-10649, 19-10990, 19-10841<br>19-10295, 19-10984 |

_____/

### DEFENDANT IPATIENTCARE INC.'S MOTION TO DISMISS ALL NEWLY CONSOLIDATED CASES IN LIEU OF ANSWERING

NOW COMES Defendant, IPATIENTCARE INC. ("**IPC**"), by and through its legal counsel, Robert S. Iwrey Esq. and James R. Witham Esq., of THE HEALTH LAW PARTNERS, P.C., and states as follows:

On February 20, 2019, this Court entered an order consolidating the following cases:

1. Micks-Harm v. Nichols, et al.  18-cv-12334

2. Nichols v. Nichols, et al. 18-cv-13206
3. Helm v. Arnold et al. 19-cv-13639
4. Helm v. Nichols, et al. 19-cv-13647
5. Cook v. William et al. 19-cv-10125
6. Cook v. Nichols, et al. 19-cv-10126
7. Cook v. Nichols, et al. 19-cv-10132
8. Cook v. Nichols, et al. 19-cv-10135
9. Blakesley v. Nichols et al. 19-cv-10299

On February 22, 2019 and March 22, 2019, IPC filed its Motion to Dismiss and Reply Brief, respectively (See ECF No. 32 and 118). Since then at various times, other identical companion cases have been filed, removed, and consolidated with the present case. These include:

10. Smith v. Nichols et al. 19-cv-10995
11. Berry v. Nichols et al. 19-cv-10648
12. Mills v. Nichols et al. 19-cv-10649
13. Clark for Johnson v. Nichols et al. 19-cv-10639
14. Drummonds v. Nichols et al. 19-cv-10785
15. Blakesley v. Nichols et al. 19-cv-10295
16. Smallwood v. Nichols et al. 19-cv-10841
17. Zurecki v. Nichols et al. 19-cv-10984
18. Smith v. Nichols et al. 19-cv-10990
19. Knierim v. Nichols et al. 19-cv-10661 (voluntarily dismissed)

Additionally, there is at least one case that has been removed and transferred to this Court but not yet consolidated; Johnson v. Nichols et al. 10-cv-10663.

The arguments IPC made in its previous motion, reply and supplement brief apply with equal force to the allegations made within the new companion cases listed

2

above. For the same reason listed in ECF No. 32 and 118, the cases listed above should be dismissed.

For the foregoing reasons, IPC respectfully request that this Honorable Court grant IPC's Motion to Dismiss, dismiss (current and future related) Plaintiff's claims against IPC with prejudice, and award costs and fees incurred by IPC as a result of these frivolous actions.

Dated: April 18, 2019                    Respectfully submitted,

                                         THE HEALTH LAW PARTNERS, P.C.

                                         By: /s/ James R. Witham
                                         Robert S. Iwrey (P48688)
                                         James R. Witham (P79270)
                                         *Attorneys for Defendant iPatientCare Inc.*
                                         32000 Northwestern Highway, Suite 240
                                         Farmington Hills, MI 48334
                                         Tel: (248) 996-8510
                                         Fax: (248) 996-8525
                                         riwrey@thehlp.com
                                         jwitham@thehlp.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of April 2019, Defendant iPatientCare Inc.'s Motion to Dismiss all Newly Consolidated Cases in Lieu of Answering was filed with the Clerk of the Court through the ECF system which will give notice to all parties of record. In addition, I further certify that the following entities/individuals were served via U.S. mail, certified return receipt, postage prepaid on April 19, 2019:

Tracy Clare Micks-Harm
1840 Bayview Drive
Monroe, MI 48161
Pro Se Plaintiff

Renay Blakesley
6298 Suder Ave.,
Erie, MI 48133
Pro Se Plaintiff

Debra Nichols
401 4th Street,
Monroe, MI 48161
Pro Se Plaintiff

Ines Helm
1666 N. Raisinville Road
Monroe, MI 48162
Pro Se Plaintiff

Dennis Helm
1666 N. Raisinville Road
Monroe, MI 48162
Pro Se Plaintiff

Eric Cook
920 Greenwood, Apt. E
Monroe, MI 48162
Pro Se Plaintiff

Eric Cook for Jacob Cook
920 Greenwood, Apt. E
Monroe, MI 48162
Pro Se Plaintiff

Janet Berry
800 West 7th Street, Apt. 807
Monroe, MI 48161

Tammy Clark, for
Richard Johnson
6154 Douglas
Road
Toledo, OH
43613 Pro se
plaintiff

Donna
Knierim
12767 Helen
Southgate, MI 48195
Pro se plaintiff

Angela Mills
2697 Hasen
Drive
Lamberville, MI
48144 Pro se
plaintiff


Jennifer Lynn
Smith 10765
Elmhurst
PO Box 157
Luna Pier, MI 48157

5

Michael Smallwood
for Heidi Smallwood
5981 Newport South
Road Newport, MI
48166

Raymond Blakesley (IN PRO
PER) 6298 Suder
Erie, MI 48133

Janet Zureki
1870 Sheick Road
Monroe, MI 48162

                              /s/Sabina Cucu
                              Sabina Cucu
                              Executive Assistant
                              The Health Law Partners, P.C.
                              32000 Northwestern Highway, Suite 240
                              Farmington Hills, MI 48334
                              (248) 996-8510

4815-2948-4180, v. 5