MIED (Rev. 04/09/06) Notice of Appeal

/

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TRACY Clare Micks-Harm
Plaintiff(s),

v.

William Paul Nichols ET. AL,
Defendant(s).

Case No.: 2:18-CV-12634-DPH-SDD
(Lead Case) - Consolidated Action
Judge: Hon. Denise Page Hood
Magistrate Judge: Stephanie D. Dawkins

RECD USDC - CLRK DET
2019 OCT 8 PM 2:22

**NOTICE OF APPEAL**

Notice is hereby given that ___Tracy Clare Micks-Harm___ appeals
[Name of Party]

to the United States Court of Appeals for the Sixth Circuit from the: ☑ Judgment ☐ Order

☐ Other: _____

entered in this action on ___9·30·19___.
[Date]

Date: ___10·07·19___

Counsel is: ___Pro Se___
[CJA, FPD, pro se, pro bono, retained, U.S.Atty]

Signature: _Tracy Clare Micks-Harm_

Bar No. _____

1840 Bayview Drive
Street Address

Monroe, MI 48161
City, State Zip Code

734·659·6383
Telephone Number

tracymicksharm@gmail.com
Primary Email Address

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.