MIED (Rev. 04/09/06) Notice of Appeal

FILED USDC - CLRK DET
2019 OCT 15 PM 2:24

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Tracy Clare Micks Harm
Plaintiff(s),

v.

William Paul Nichols et al
Defendant(s).

Consolidated Action
Case No. 18-12634
Judge Hon. Denise Page Hood
Magistrate Judge Stephanie D. Dawkins
19-10990, Jennifer Smith

## NOTICE OF APPEAL

Notice is hereby given that __Jennifer J. Smith__ [Name of Party] appeals to the United States Court of Appeals for the Sixth Circuit from the: ☑ Judgment ☐ Order

☐ Other: _____

entered in this action on __9/30/19__ [Date].

Date: 10/14/19

Counsel is: pro se [CJA, FDO, pro se, pro bono, retained, U S Atty]

Signature: Jennifer L. Smith

Bar No: ___

Street Address: 10765 Elmhurst, P.O. Box 157
City, State Zip Code: Luna Pier, MI 48157
Telephone Number: 734-430-1636
Primary Email Address: PuckerSmith2@gmail.com

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.