FILED USDC - CLRK DET
2019 OCT 15 PM 2:23

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TRACY CLARE MEEKS HARM

Plaintiff(s),

v.

WILLIAM PAUL NICHOLS ET AL.

Defendant(s).

Case No. CONSOLIDATED ACTION 18-12634

Judge HON. DENISE PAGE HOOD

Magistrate Judge STEPHANIE D. DAWKINS

19-10648, JANET BERRY

## NOTICE OF APPEAL

Notice is hereby given that **JANET BERRY** [Name of Party] appeals to the United States Court of Appeals for the Sixth Circuit from the: ☑ Judgment ☐ Order

☐ Other: _____

entered in this action on **9/30/19** [Date]

Date: **10/12/19**

Counsel is: **PRO SE** [CJA, FDO, pro se, pro bono, retained, U.S.Atty]

Signature: *Janet Berry*

Bar No.

Street Address: **8 WEST 7TH STREET APT 307**

City, State Zip Code: **MONROE MI 48161**

Telephone Number:

Primary Email Address:

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.