UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FILED USDC - CLERK D___
2019 OCT 15 PM 2:22

TRACY CLARE MICKS-HARM

Plaintiff(s),

v.

WILLIAM PAUL NICHOLS ETAL,

Defendant(s).

CONSOLIDATED ACTION

Case No. 18-12634

Judge HON. DENISE PAGE HOOD

Magistrate Judge STEPHANIE D. DAWKINS
19-10841, MICHAEL SMALLWOOD

_____/

## NOTICE OF APPEAL

Notice is hereby given that MICHAEL SMALLWOOD _____ appeals
[Name of Party]

to the United States Court of Appeals for the Sixth Circuit from the:   ☑ Judgment   ❑ Order

❑ Other: _____

entered in this action on 09/30/2019.
[Date]

Date: 10/15/2019

Counsel is: PRO SE
[CJA, FDO, pro se, pro bono, retained, U.S.Atty]

Signature: *Michael Smallwood*

Bar No.

Street Address: 5981 NEWPORT SOUTH RD.

City, State  Zip Code: NEWPORT, MI 48166

Telephone Number: 734 755 9143/734 755 3571

Primary Email Address

Appellant:  Please file this form with the District Court Clerk's Office.  If you are paying the filing fee, please make your $505.00 check payable to:  Clerk, U.S. District Court.