# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TRACY CLARE MICKS-HARMS, et al.,

    Plaintiffs,

v.

WILLIAM PAUL NICHOLS, et al.,

    Defendants.

_____/

Lead Case No. 18-12634
CONSOLIDATED CASES
Hon. Denise Page Hood

## ORDER DISMISSING MOTION SEVERING FROM CONSOLIDATION

Before the Court is a Motion Severing from Consolidation filed by Stacey Hall. (ECF No. 752) Hall asserts that the action, *Stacey Hall v. William Paul Nichols, et al.*,[1] was added to the above-captioned case. It was not.

Accordingly,

IT IS ORDERED that Stacey Hall's Motion for Severing from the Consolidation (ECF No. 752) is DISMISSED since the case was not consolidated with the above-captioned case.

          *s/Denise Page Hood*
          Chief Judge, United States District Court

DATED: October 30, 2019

---

[1] Stacey Hall did not cite the case number for the *Hall v. Nichols* case.